H. MCINTOSH SADLER et al., Respondents, *v.* THE BOSTON
　　AND BOLIVIA RUBBER COMPANY, Appellant.

*Sadler* v. *Boston & Bolivia Rubber Co.,* 140 App. Div. 367,
affirmed.
　(Submitted April 24, 1911; decided May 9, 1911.)

APPEAL, by permission, from an order of the Appellate
Division of the Supreme Court in the first judicial depart-
ment, entered November 4, 1910, which affirmed an order
of Special Term denying a motion to set aside and declare
null and void the service of a summons.

The following question was certified: "Upon the facts
appearing upon this application, did the Supreme Court

of this State acquire jurisdiction of the Boston and Bolivia Rubber Company?"

*John W. Griggs* for appellant.

*Charles H. Tuttle* for respondents.

Order affirmed, with costs; question certified answered in the affirmative; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, HISCOCK and COLLIN, JJ.